UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

---

1199 SEIU UNITED HEALTHCARE WORKERS EAST

Plaintiff(s)

- against -

Index # 07 CIV 10261

ATLANTIC HIGHLAND NURSING HOME

Purchased November 9, 2007

Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAN KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 14, 2007 at 06:22 PM at

8 MIDDLETOWN AVENUE
ATLANTIC HIGHLANDS, NJ 07716

deponent served the within SUMMONS AND COMPLAINT on ATLANTIC HIGHLAND NURSING HOME therein named,

**SUITABLE AGE**   by delivering thereat a true copy of each to FLORENCE CONSTINTINO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|-----|-----------|-----------|---------------|------------------|-----------------|
| FEMALE | WHITE | BROWN | 34 | 5'6 | 130 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

8 MIDDLETOWN AVENUE
ATLANTIC HIGHLANDS, NJ 07716

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 17, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  December 17, 2007

| | | | |
|---|---|---|---|
| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | **DAN KNIGHT** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | Invoice #: 453153 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728

# United States District Court

### SOUTHERN DISTRICT OF NEW YORK

1199 SEIU UNITED HEALTHCARE WORKERS
EAST,

**V.**

ATLANTIC HIGHLANDS NURSING HOME,

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**'07 CIV 10261**

TO: (Name and address of Defendant)

Atlantic Highlands Nursing Home
8 Middletown Avenue
Atlantic Highlands, NJ  07716
(732) 291-0600

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LOWELL PETERSON, ESQ.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 BROADWAY, SUITE 501
**NEW YORK, NY 10018**

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

NOV 0 9 2007

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 10/93) Summons in a Civil Action –SDNY WEB 4/99

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
　　　　　　　　　Date　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1)　　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

90503

American LegalNet, Inc.
www.FormsWorkflow.com