USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

1199 SEIU UNITED HEALTHCARE WORKERS EAST,

              Plaintiff,

vs.

ATLANTIC HIGHLANDS NURSING HOME,

              Defendant.

---------------------------------------------- x

Case No. 07 CV 10261 (JGK)

### Notice of Voluntary Dismissal

PLEASE TAKE NOTICE that plaintiff 1199 SEIU UNITED HEALTHCARE WORKERS EAST hereby dismisses the above-captioned action without prejudice pursuant to FRCP 41(a). Defendant ATLANTIC HIGHLANDS NURSING HOME has not filed an answer and has not otherwise appeared in this action.

Dated:    New York, New York
           January 24, 2008

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

*/s/ Lowell Peterson*

Lowell Peterson (LP 5405)
Attorneys for Plaintiff
1350 Broadway, Suite 501
P.O. Box 822
New York, New York 10018-0026
(212) 239 4999
lpeterson@msek.com

So ordered.
/s/ J.G. Koeltl
1/25/08
U.S.D.J.

92238